ORDER
This matter is before the court on the appellee’s Petition For Rehearing and Rehearing En Banc. We also have a response from the appellants. Upon consideration by the original panel, we grant panel rehearing in part. The clerk is directed to withdraw our original opinion dated December 19, 2012, and to substitute the amended version attached to this order. The request for panel rehearing is granted to the extent of the amendments made to our original decision, but is otherwise denied.
The request for rehearing en banc, the response, and the panel’s revised opinion were transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled with regard to en banc consideration of the amended opinion, the suggestion for en banc rehearing is denied.